1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER D. DACOSTA,                )   No. EDCV 14-2245-ODW (FFM)
                                       )
            Petitioner,                )
                                       )   JUDGMENT
      v.                               )
                                       )
W.L. MONTGOMERY, Warden (A),           )
                                       )
            Respondent.                )
                                       )

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 5, 2015

_____
OTIS D. WRIGHT, II
United States District Judge